Gregory M. Fox, State Bar No. 070876
Joanne Tran, State Bar No. 294402
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990
Email:       gfox@bfesf.com
             jtran@bfesf.com

Attorneys for Defendant
DENNIS MALLY
(erroneously named as DANNY MALLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HENRY LEE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DANNY MALLY, DETECTIVE JOHNSON, and DOES 1 through 100<br><br>　　　　Defendants. | Case No. 4:18-cv-02109-JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DANNY MALLY'S MOTION FOR SUMMARY JUDGMENT**<br><br><br>**Hon. Jeffrey S. White** |

The Court, having considered all the papers and pleadings on file herein, and good cause appearing therefore, HEREBY ORDERS THAT Defendant OFFICER DANNY MALLY's Motion for Summary Judgment is GRANTED.

The uncontroverted evidence establishes that the complaint is untimely and barred by the statute of limitations.

**IT IS SO ORDERED.**

Dated: _____       _____
                                    UNITED STATES DISTRICT JUDGE

1