Gregory M. Fox, State Bar No. 070876
Joanne Tran, State Bar No. 294402
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990
Email:       gfox@bfesf.com
             jtran@bfesf.com

Attorneys for Defendant
DENNIS MALLY
(erroneously named as DANNY MALLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HENRY LEE,<br><br>        Plaintiff,<br><br>v.<br><br>DANNY MALLY, DETECTIVE JOHNSON, and DOES 1 through 100<br><br>        Defendants. | Case No. 4:18-cv-02109-JSW<br><br>**DEFENDANT OFFICER DANNY MALLY'S *RAND* NOTICE TO PLAINTIFF JOHN HENRY LEE**<br><br>**Hon. Jeffrey S. White** |

### NOTICE PURSUANT TO *RAND v. ROWLAND*

TO PLAINTIFF JOHN HENRY LEE IN PRO SE:

This notice is provided to ensure that you, a pro se prisoner plaintiff, "have fair, timely and adequate notice of what is required" to oppose a motion for summary judgment. *See Rand v. Rowland*, 154 F.3d 952, 957 (9th Cir. 1998). The Court requires that you be provided with this notice regarding the requirements for opposing a motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure.

1

When a defendant moves for summary judgment, as Defendant OFFICER DANNY MALLY has now done, defendant is requesting that the court grant judgment in defendant's favor without a trial. If there is no real dispute about any fact that would affect the result of your case, the defendant who asked for summary judgment is entitled to judgment as a matter of law, which will end your case against that defendant. A motion for summary judgment will set forth the facts that the defendant asserts are not reasonably subject to dispute and that entitle the defendant to judgment.

To oppose a motion for summary judgment, you must show proof of your claims. To do this, you may refer to specific statements made in your complaint if you signed your complaint under penalty of perjury and if your complaint shows that you have personal knowledge of the matters stated. You may also submit declarations setting forth the facts that you believe prove your claims, as long as the person who signs the declaration has personal knowledge of the facts stated. You may also submit all or part of deposition transcripts, answers to interrogatories, admissions, and other authenticated documents. If you deny a fact, you must cite to the proof that you rely on to support your denial. If you fail to contradict the defendant's evidence with your own evidence, the court may accept the defendant's evidence as the truth and grant the motion.

The court will consider a request to postpone consideration of the defendant's motion if you submit a declaration showing that for a specific reason you cannot present such facts in your opposition. If you do not respond to the motion, the court may consider your failure to act as a waiver of your opposition.  If the court grants the defendant's motion, whether opposed or unopposed, judgment will be entered for that defendant without a trial and the case will be closed as to that defendant.  If you require additional time to oppose Defendant's Motion for Summary Judgment, you may so request.

Dated:  January 30, 2019

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: _____*/s/ Joanne Tran*_____
    Gregory M. Fox
    Joanne Tran
    Attorneys for Defendant
    DENNIS MALLY

2

DEFENDANT'S *RAND* NOTICE TO PLAINTIFF
*Lee v. Mally, et al.* U.S.D.C. Northern District Case No. 4:18-cv-02109-JSW

# **CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

I am readily familiar with the practice of Bertrand, Fox, Elliot, Osman & Wenzel with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

On **January 30, 2019**, I served the following document(s):

**DEFENDANT OFFICER DANNY MALLY'S *RAND* NOTICE TO PLAINTIFF JOHN HENRY LEE**

on the following interested parties:

| | |
|---|---|
| John Henry Lee (CDCR# AW0379)<br>California Health Care Facility<br>P.O. Box 32290<br>Stockton, CA 95213 | California Men's Colony<br>John Henry Lee, CDCR# AW0379<br>P.O. Box 8103<br>San Luis Obispo, CA 93409-8103 |
| *Plaintiff Pro Se* | *Plaintiff Pro Se* |

Said service was performed in the following manner:

(✓) **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed **January 30, 2019,** at San Francisco, California.

_____
Renae Gawsawadikul