UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HENRY LEE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DANNY MALLY, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-02109-JSW<br><br>**ORDER GRANTING EXTENSON OF TIME**<br><br>Re: Dkt. No. 17 |

Good cause appearing, plaintiff's request for an extension of time in which to file an opposition to Defendants' motion for summary judgment is GRANTED.  The opposition is due on or before **May 30, 2019**.  Defendants shall file a reply brief within **14 days** of the date any opposition is filed.

**IT IS SO ORDERED.**

Dated: May 14, 2019

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HENRY LEE,<br><br>    Plaintiff,<br><br>v.<br><br>DANNY MALLY, et al.,<br><br>    Defendants. | Case No.  4:18-cv-02109-JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 14, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Henry Lee ID: AW0379
California Health Care Facility
P.O. Box 32290
Stockton, CA 95213

Dated: May 14, 2019

Susan Y. Soong
Clerk, United States District Court

By:_____
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE

2