Gregory M. Fox, State Bar No. 070876
Joanne Tran, State Bar No. 294402
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990
Email:        gfox@bfesf.com
                jtran@bfesf.com

Attorneys for Defendant
DENNIS MALLY
(erroneously named as DANNY MALLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HENRY LEE,<br><br>　　　Plaintiff,<br><br>v.<br><br>DANNY MALLY, DETECTIVE JOHNSON, and DOES 1 through 100<br><br>　　　Defendants. | Case No. 4:18-cv-02109-JSW<br><br>**DEFENDANT DENNIS MALLY'S REPLY RE MOTION FOR SUMMARY JUDGMENT (FRCP, Rule 56)**<br><br><br>**Hon. Jeffrey S. White** |

　　　Defendant Dennis Mally ("Mally") submits this statement that no opposition has been received from Plaintiff to Mally's motion for summary judgment. Pursuant to the Court's Order of Service, Dkt. No. 9, Mally's motion for summary judgment was filed and served on January 30, 2019. Plaintiff was served by mail at his addresses of record, California Health Care Facility, P.O. Box 32290, Stockton, CA 95213 and California Men's Colony, P.O. Box 8103, San Luis Obispo, CA 93409-8103.

　　　Plaintiff's opposition was due on February 27, 2019. Plaintiff failed to file an opposition brief by February 27, 2019. Instead, Plaintiff filed a Request for Extension of Time in Dkt. No. 17 requesting additional time to file an opposition brief to Mally's motion for summary judgment. In Dkt. 18, the Court

1

DEFENDANT DENNIS MALLY'S MOTION FOR SUMMARY JUDGMENT (FRCP RULE 56)
*Lee v. Mally, et al.* U.S.D.C. Northern District of California Case No. 4:18-cv-02109-JSW

granted Plaintiff's request for an extension of time and ordered the opposition brief to be filed on or before May 30, 2019. To date, no opposition from Plaintiff has been received, and review of the Court's docket shows no opposition having been filed.

    For the reasons set forth in Mally's moving papers, and based on Plaintiff's failure to oppose the motion, Mally respectfully requests that this Court grant the motion for summary judgment in favor of Mally and against Plaintiff.

Dated: June 13, 2019                      BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:   */s/ Joanne Tran*
      Gregory M. Fox
      Joanne Tran
      Attorneys for Defendant
      DENNIS MALLY

2

DEFENDANT DENNIS MALLY'S MOTION FOR SUMMARY JUDGMENT (FRCP RULE 56)
*Lee v. Mally, et al.* U.S.D.C. Northern District of California Case No. 4:18-cv-02109-JSW

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

I am readily familiar with the practice of Bertrand, Fox, Elliot, Osman & Wenzel with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

On **June 13, 2019**, I served the following document:

**DEFENDANT DENNIS MALLY'S REPLY RE MOTION FOR SUMMARY JUDGMENT (FRCP, Rule 56)**

on the following interested parties:

| | |
|---|---|
| John Henry Lee, CDCR# AW0379<br>California Health Care Facility<br>P.O. Box 32290<br>Stockton, CA 95213 | John Henry Lee, CDCR# AW0379<br>California Men's Colony<br>P.O. Box 8103<br>San Luis Obispo, CA 93409-8103 |
| *Plaintiff Pro Se* | *Plaintiff Pro Se* |

Said service was performed in the following manner:

(✓) **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed **June 13, 2019**, at San Francisco, California.

_____
Renae Gawsawadikul

---

CERTIFICATE OF SERVICE
*Lee v. Mally, et al.* U.S.D.C. Northern District of California Case No. 4:18-cv-02109-JSW