UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HENRY LEE,<br><br>     Plaintiff,<br><br>     v.<br><br>DANNY MALLY, et al.,<br><br>     Defendants. | Case No. 18-cv-02109-JSW<br><br>**JUDGMENT** |

Judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: September 26, 2019

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HENRY LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>DANNY MALLY, et al.,<br><br>    Defendants. | Case No. 4:18-cv-02109-JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 26, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Henry Lee ID: AW0379
California Health Care Facility
P.O. Box 32290
Stockton, CA 95213

Dated: September 26, 2019

                                                Susan Y. Soong
                                                Clerk, United States District Court

                                                By:_____
                                                Jennifer Ottolini, Deputy Clerk to the
                                                Honorable JEFFREY S. WHITE